IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA MARIE TRACY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2716 |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security | : | |

# ORDER

**AND NOW**, this 9th day of September, 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, and Plaintiff's reply, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and after further review of Plaintiff's objections to the Report and Recommendation and Defendant's response, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**; and

3. Judgment is entered in this matter in favor of Defendant.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.